HN050 (11/05)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

Case No. 13–01813

Chapter 7

In re:

    Benny Lee
    1556 Kealia Drive
    Honolulu, HI 96817

Social Security No.:
    xxx–xx–4672

Employer's Tax I.D. No.:

## CLERK'S NOTICE

NOTICE IS HEREBY GIVEN THAT THE FOLLOWING HAS BEEN ENTERED ON THE DOCKET IN THIS CASE:

    [The entire order in this matter is set forth in this docket entry. No document is attached.]Order Approving Stipulation to Extend Deadline to File Complaint / Motion to Dismiss (related document: 9). The court hereby approves the stipulation and the deadline is extended to April 11, 2014 for filing a complaint under sec. 727 or a motion to dismiss for abuse under sec. 707. This extension applies to the Trustee and United States Trustee. SO ORDERED. /s/ Robert J. Faris, United States Bankruptcy Judge.

**Date: January 30, 2014**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813 | Clerk of the Bankruptcy Court:<br><br>**Michael B. Dowling** |

Telephone number: (808) 522–8100